UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LEONARDO PEREZ CARDOSO,

     Petitioner,

   v.                         Case No.:  2:26-cv-01324-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH *et al.*,

     Respondents.

_____/

## OPINION AND ORDER

Before the Court is the Federal Respondents' Motion for Clarification (Doc. 12).  Leonardo Perez Cardoso filed this habeas action to challenge the legality of his immigration detention under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001).  The Court found no significant likelihood Perez Cardoso would be removed in the reasonably foreseeable future.  But in light of Perez Cardoso's criminal history, the Court gave the government an opportunity to determine whether his detention is necessary to protect the public.  In their motion, the federal respondents state that under the facts of this case, concerns about dangerousness do not justify continued detention.  Perez Cardoso is thus entitled to release from detention, but he remains subject to reasonable conditions of supervision.

Accordingly, it is hereby

**ORDERED:**

Leonardo Perez Cardoso's Petition for Writ of Habeas Corpus (Doc. 1) is **GRANTED**.

1. The respondents shall release Perez Cardoso within 24 hours of this Order, and they shall give him telephone access so he may arrange transportation from the facility.

2. The Clerk is **DIRECTED** to terminate the pending motions and deadlines as moot, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on June 23, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record